FILED

2018 FEB 21 PM 4: 18

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 5:18MJ1045 |
| | ) | |
| Plaintiff | ) | MAGISTRATE JUDGE |
| | ) | GEORGE J. LIMBERT |
| v. | ) | |
| | ) | ORDER OF |
| AUDREY J. GIBSON | ) | DETENTION |
| | ) | |
| Defendant | ) | |

The above matter came before the Court on February 21, 2018, pursuant to Rule 46(a) of the Federal Rules of Criminal Procedure. Defendant was present at the hearing and represented by Attorney Erik E. Jones, and the Government was represented by Robert E. Bulford, Jr., on behalf of Mark S. Bennett, Assistant U.S. Attorney. Defendant, in open court and after consultation with counsel, waived her right to a detention hearing and consented that she be held without bail pursuant to Title 18 U.S.C. Section 3142(e) and (i). Defendant reserves the right to revisit the issue of a detention hearing at a later time.

Based upon Defendant's waiver and consent, the Court orders the Defendant to be held to answer further proceedings in the District Court. The Court further orders that the Defendant be bound over to the Grand Jury.

The Court also finds that Defendant, Audrey J. Gibson, shall be committed to the custody of the United States Attorney General, or a designated representative, for confinement to a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal. Further, the Court directs that Defendant be afforded

reasonable opportunity for private consultation with her counsel while in custody.  On order of the Court or the request of the attorney for the United States, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for purposes of an appearance in connection with the court proceeding.

**IT IS SO ORDERED**.

**SIGNED and ENTERED** on this 21st day of February, 2018.

_____
GEORGE J. LIMBERT
UNITED STATES MAGISTRATE JUDGE